1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12  RANDAL N. WIIDEMAN,                     )
        #22306                                      )
13          Plaintiff,                      )     3:10-cv-00224-ECR-VPC
                               )
14  vs.                                              )
                               )     **ORDER**
15  HOWARD SKOLNIK, *et al.*,                )
                               )
16          Defendants.                  )
                              /
17

18          This is a prisoner civil rights action.  Plaintiff is incarcerated at Ely State Prison ("ESP")

19  and has the Director of the Nevada Department of Corrections, Howard Skolnik.  Plaintiff alleges that

20  defendant is responsible for prison regulations that have resulted in interception or return of certain mail

21  the plaintiff believes he is entitled to receive while in prison.  The claim related to facts and claims

22  alleged in  *Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC.

23          Plaintiff's allegations in this action directly relate to his claims in *Wiideman v. McDaniel*,

24  which has already been consolidated pursuant to Fed. R. Civ. P. 42 with three other actions filed by

25  plaintiff.  (*See Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC, docket #9).  In all of these

26  actions, plaintiff sets forth various claims that prison personnel have taken some action or refused to take

1  some action related to plaintiff's mail and his litigation arising from such allegations.

2           Accordingly, this action is dismissed.  Plaintiff may, if he chooses, seek to amend his

3  complaint in *Wiideman v. McDaniel, et al.*, 3:09-cv-00650-LRH-VPC to include all of his claims related

4  to this alleged mail room dispute.  Plaintiff is cautioned that any further separate actions he attempts to

5  file alleging any related claims will be dismissed.

6           **IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and **FILE** the

7  complaint (docket #1-2).

8           **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

9           **IT IS FURTHER ORDERED** that plaintiff's motion for screening and scheduling order

10  (docket #5) is **DENIED**.

11           **IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in

12  WIIDEMAN V. MCDANIEL, ET AL., 3:09-cv-00650-LRH-VPC.

13           **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and

14  close this case.

15           DATED this 7th day of September, 2010.

16

17           _Edward C. Reed._

18           _____
             UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

2